UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 97-7519

———————

ERNEST A. MARTIN,

Plaintiff - Appellant,

versus

JAMES KEELING, Assistant Warden of Programs;
EDDIE L. PEARSON; JAMES A. SMITH; R. ROBINSON;
P. MELVIN; J. FRANKLIN; J. PENZA; T. JONES;
M. SHURTS; J. GUTHRIE; J. AMISON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-97-215-AM, CA-97-338-AM, CA-97-400-AM)

———————

Submitted:  March 31, 1998          Decided:  April 20, 1998

———————

Before LUTTIG and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ernest A. Martin, Appellant Pro Se.  Pamela Anne Sargent, Assistant
Attorney General, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Martin v. Keeling, Nos. CA-97-215-AM; CA-97-338-AM; CA-97-400-AM (E.D. Va. Sept. 12, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED